20



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Donovan Dwayne Wesson

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

Victoria Janowiecki;
Vitalcore Health Strategies

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case: 5:26-cv-13703
Assigned To : Levy, Judith E.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 9/29/2026
Description: PRIS DONOVAN DWAYNE WESSON v. VICTORIA JANOWIECKI ET AL (JB)

*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☐ No
*(check one)*

# Complaint for Violation of Civil Rights (Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Donovan Dwayne Wesson

All other names by which you have been known: N/A

ID Number: 629885

Current Institution: Adrian Regional Facility

Address: 2727 E. Beecher St.
Adrian, Michigan 49221

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Victoria Janowiecki

Job or Title (if known):

Shield Number:

Employer: Vitalcore Health Strategies

Address:

☑ Individual capacity ☑ Official capacity

Defendant No. 2

Name: Vitalcore Health Strategies
Job or Title (if known): Medical Provider
Shield Number: ____
Employer: ____
Address: ____

☑ Individual capacity ☑ Official capacity

Defendant No. 3

Name: ____
Job or Title (if known): ____
Shield Number: ____
Employer: ____
Address: ____

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name: ____
Job or Title (if known): ____
Shield Number: ____
Employer: ____
Address: ____

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

- ☐ Federal officials (a *Bivens* claim)
- ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

"8th Amendment" - protection against cruel and unusual punishment.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. See Attachment: A

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* ______

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. See Attachment: B

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. At the Adrian Regional Facility during the year of 2025.

C. What date and approximate time did the events giving rise to your claim(s) occur?

In the year of 2025 approximately between the months of February and November.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attachment: C

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See Attachment: D

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Attachment: D

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Adrian Regional Facility

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- ☑ Yes
- ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- ☐ Yes
- ☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Adrian Regional Facility

2. What did you claim in your grievance?

   Inadequate and Improper treatment.

3. What was the result, if any?

   Grievance was denied.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Step 1: I was denied; I appealed to Step 2
Step 2: I was denied; I appealed to Step 3
Step 3: I was denied
∴ "Grievance process was completed."

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I had various family members contact the Facility regarding this issue.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible. N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ______________________________

   Defendant(s) ______________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ______________________________

3. Docket or index number

   ______________________________

4. Name of Judge assigned to your case

_______________________________________________

5. Approximate date of filing lawsuit

_______________________________________________

6. Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. ____________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) ______________________________________

Defendant(s) ______________________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

_______________________________________________

4. Name of Judge assigned to your case

________________________________________

5. Approximate date of filing lawsuit

________________________________________

6. Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. ____________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

________________________________________

________________________________________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: September 21, 2026.

Signature of Plaintiff: Donovan Wesson

Printed Name of Plaintiff: Donovan Wesson

Prison Identification #: 629885

Prison Address: 2727 E. Beecher St.

| Adrian | Michigan | 49221 |
|---|---|---|
| City | State | Zip Code |

**Additional Information:**

ATTACHMENT: A

## BASIS FOR JURISDICTION

D). "VITALCORE HEALTH STRATEGIES" ACTED UNDER THE COLOR OF LAW BEING THAT THE STATE DELEGATED ITS CONSTITUTIONAL OBLIGATION TO PROVIDE MEDICAL CARE TO THEM.

VICTORIA JANOWIECKI ACTED UNDER THE COLOR OF LAW WHEN VITALCORE HEALTH STRATEGIES DELEGATED THIS SAME CONSTITUTIONAL OBLIGATION TO HER, GIVING HER THE MEDICAL AUTHORITY AND RESPONSIBILITY TO MANAGE THE TREATMENT PLAN.

ATTACHMENT: B

# STATEMENT OF CLAIM

IN THE YEAR OF 2025, WHILE BEING HOUSED AT THE ADRIAN REGIONAL CORRECTIONAL FACILITY, DEFENDANT VICTORIA JANOWEICKI PERFORMED A SURGICAL PROCEDURE TO REMOVE A GROWTH ON MY FINGER THAT SHE ORIGIONALLY ASSUMED WAS A WART. UPON SENDING THE SPECIMEN IN FOR BIOPSY, THE RESULTS CAME BACK THAT THE GROWTH WAS NOT A WART BUT A PYOGENIC GRANULOMA. DESPITE HER KNOWLEDGE OF THE BIOPSY REULTS AND HER FAILED ATTEMPT TO REMOVE IT, THE DEFENDANT VICTORIA JANOWEICKI PROCEEDED WITH ANOTHER RECKLESS SURGICAL PROCEDURE WITH DISREGARD TO ANY VITAL VEINS OR BLOOD VESSELS THAT COULD CAUSE PERMANANT DAMAGE. HER RECKLESSNESS EVEN AFTER THE BIOPSY RESULTS RESULTED IN CONTINUED PAIN AND FURTHER COMPLICATIONS THAT ARE STILL ONGOING.

ATTACHMENT: C

WITH THE KNOWLEDGE OF THE BIOPSY RESULTS IN MIND, IN ADDITION WITH THE KNOWLEDGE OF HER PREVIOUS FAILED ATTEMPTS TO SURGICALLY REMOVE THE PYOGENIC GRANULOMAS; THE DEFENDANT - VICTORIA JANOWIECKI DOUBLED DOWN ON HER ACTIONS BY AGAIN ATTEMPTING TO SURGICALLY REMOVE THE PYOGENIC GRANULOMAS IN THE SAME MANNER AND FOLLOWING THE SAME FOULED TREATMENT REGIMEN. HER ACTIONS LED TO FURTHER COMPLICATIONS.

DURING THIS PERIOD OF TIME I WAS TREATED BY VARIOUS HEATH CARE STAFF.

ATTACHMENT: D

**INJURIES**

*PARTIAL LOSS OF FEELING TO FINGER
(LITTLE TO NO TREATMENT GIVEN)

*SPARATIC LOSS OF MOVEMENT TO FINGER
(LITTLE TO NO TREATMENT GIVEN)

*INFECTION TO FINGER
(ANTIBIOTICS PRESCRIBED)

**RELIEF:**

I ASK THE COURT TO RULE IN MY FAVOR. IN DOING SO, I AM REQUESTING MONEY IN THE AMOUNT OF $500,000
($250,000 - PUNITIVE, $250,000 - ACTUAL)

THE BASIS FOR THESE CLAIMS ARE;

DESPITE HER KNOWLEDGE OF THE BIOPSY REPORT AND HER FIRSTHAND KNOWLEDGE OF HER FAILED SURGICAL PROCEDURE, THE DEFENDANT IGNORED THE RISK WHICH LED TO ADDITIONAL PAIN AND ADDITIONAL COMPLICATIONS

Donovan Wesson #629885
Adrian Regional Facility
2727 E. Beecher St.
Adrian, Michigan 49221

US POSTAGE PITNEY BOWES
ZIP 49221 $ 002.85⁰
02 7W
0008037666 SEP 24 2026

RECEIVED
SEP 2 9 2026
CLERK'S OFFICE
DETROIT

U.S. District Court
231 W. Lafayette Blvd., 5th Floor
Detroit, Michigan
48226

U.S. MARSHALS